JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ALLEN BOOTH, <br><br> Petitioner, <br><br> v. <br><br> ERIC JACKSON, <br><br> Respondent. | No. CV20-6264 BHS <br><br> ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE |

Based on the parties' Stipulated Motion to Extend Briefing Schedule in the above-captioned case, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the briefing schedule in this matter be extended. Opening Briefs must be filed by October 28, 2022. Response briefs must be filed by November 18, 2022.

DONE this 19th day of September, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Alan Zarky*
Alan Zarky, Staff Attorney
Assistant Federal Public Defender Office
Attorney for John Allen Booth

ORDER GRANTING STIPULATED MOTION
TO EXTEND BRIEFING SCHEDULE
(*Booth v. Jackson*, CV20-6264 BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710