JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| JOHN ALLEN BOOTH, | ) | No.  CV20-6264 BHS |
| Petitioner, | ) | |
| | ) | ORDER GRANTING STIPULATED |
| v. | ) | MOTION TO FURTHER EXTEND |
| | ) | BRIEFING SCHEDULE |
| ERIC JACKSON, | ) | |
| Respondent. | ) | |
| | ) | |

Based on the parties' Stipulated Motion to Further Extend Briefing Schedule in the above-captioned case, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the briefing schedule in this matter be extended. Opening Briefs must be filed by November 18, 2022. Response briefs must be filed by December 9, 2022.

DONE this 6th day of October 2022.

BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO FURTHER EXTEND BRIEFING SCHEDULE
(*Booth v. Jackson*, CV20-6264 BHS) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

Presented by:

*s/ Alan Zarky*
Alan Zarky, Staff Attorney
Federal Public Defender Office
Attorney for John Allen Booth

ORDER GRANTING STIPULATED MOTION
TO FURTHER EXTEND BRIEFING SCHEDULE
(*Booth v. Jackson*, CV20-6264 BHS) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**