JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ALLEN BOOTH, | ) No. CV20-6264 BHS |
| Petitioner, | ) |
| v. | ) ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE |
| ERIC JACKSON, | ) |
| Respondent. | ) |

Based on the parties' Stipulated Motion to Modify the Briefing Schedule in the above-captioned case, the Court finds that such an extension would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the response briefing schedule in this matter be extended. Response briefs must be filed by January 27, 2023.

DONE this 12th day of January 2023.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Alan Zarky*
Alan Zarky, Staff Attorney
Federal Public Defender Office
Attorney for John Allen Booth

ORDER GRANTING STIPULATED MOTION
TO MODIFY BRIEFING SCHEDULE
(*Booth v. Jackson*, CV20-6264 BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710