THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| JOHN ALLEN BOOTH, | ) | No. CV20-6264-BHS |
| Petitioner, | ) | |
| vs. | ) | ORDER GRANTING UNOPPOSED MOTION FOR APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| ERIC JACKSON, | ) | |
| Respondent. | ) | |

THIS MATTER having come before the Court on the Petitioner's Unopposed Motion for Writ of Habeas Corpus ad Testificandum, and the Court having reviewed the motion and the records and files herein, the Court hereby GRANTS Petitioner's motion, and, therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus ad Testificandum be issued for the production and delivery of Petitioner JOHN ALLEN BOOTH, Washington State DOC # 77999 for appearance at a hearing in United States District Court in Tacoma, WA., before United States District Judge Benjamin H. Settle, on **June 27, 2024, at 9:30 AM**.

///

///

///

///

ORDER GRANTING MOTION FOR WRIT OF
HABEAS CORPUS *AD PROSEQUENDUM*
(*Booth v. Jackson*; No. CV20-6264-BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

IT IS FURTHER ORDERED that Mr. Booth will remain in the custody of the DOC and available in court until the conclusion of the proceedings for which this writ is issued, or until further order of this Court.

DONE THIS 6th day of May, 2024.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Submitted by:

s/ *Alan Zarky*
Alan Zarky, WSBA #15155
Staff Attorney, Federal Public Defender Office

s/ *Dennis Carroll*
Dennis Carroll, WSBA #24410
Assistant Federal Public Defender

Federal Public Defender Office
1331 Broadway, Suite 400
Tacoma, WA 98402
Email: Alan_Zaky@fd.org
Email: Dennis_Carroll@fd.org
Phone: (253) 593-6710

Attorneys for John Allen Booth

ORDER GRANTING MOTION FOR WRIT OF
HABEAS CORPUS *AD PROSEQUENDUM*
(*Booth v. Jackson*; No. CV20-6264-BHS) - 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710