HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ALLEN BOOTH, <br><br> Petitioner, <br><br> v. <br><br> ERIC JACKSON, <br><br> Respondent. | No. CV20-6264-BHS <br><br> ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE |

Based on the parties' Stipulated Motion to Modify the Briefing Schedule in the above-captioned case, the Court finds that such an extension would serve the ends of justice; therefore,

IT IS ORDERED that the briefing schedule be modified as follows:

Petitioner's brief is due August 2, 2024;

Respondent's response is due August 30, 2024; and

Petitioner's reply is due September 13, 2024.

DONE this 2nd day of July 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Dennis Carroll*
Dennis Carroll, Assistant Federal Public Defender
Attorney for John Allen Booth

ORDER GRANTING STIPULATED MOTION
TO MODIFY BRIEFING SCHEDULE
(*Booth v. Jackson*, CV20-6264 BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710