HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ALLEN BOOTH, <br><br> Petitioner, <br><br> v. <br><br> ERIC JACKSON, <br><br> Respondent. | No. CV20-6264-BHS <br><br> ORDER TO SEAL DOCUMENT |

THE COURT has considered John Booth's unopposed motion to file Petitioner's Brief Regarding June 27, 2024, Evidentiary Hearing under seal and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Petitioner's Brief Regarding June 27, 2024, Evidentiary Hearing be filed under seal.

DONE this 9th day of August, 2024.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Alan Zarky*
Staff Attorney, Federal Public Defender Office
Attorney for John Booth

ORDER TO SEAL DOCUMENT
(*Booth v. Jackson*; CV20-6264-BHS.) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710