HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ALLEN BOOTH, | No. CV20-6264-BHS |
| Petitioner, | |
| v. | ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE |
| ERIC JACKSON, | |
| Respondent. | |

Based on the parties' Stipulated Motion to Modify the Briefing Schedule in the above-captioned case, the Court finds that such an extension would serve the ends of justice; therefore,

IT IS ORDERED that the briefing schedule be modified as follows:

Petitioner's reply is due October 18, 2024.

DONE this 5th day of September 2024.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Alan Zarky*
Alan Zarky, Staff Attorney
Federal Public Defender Office
Attorney for John Allen Booth

ORDER GRANTING STIPULATED MOTION
TO MODIFY BRIEFING SCHEDULE
(*Booth v. Jackson*, CV20-6264 BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710