HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ALLEN BOOTH,

   Petitioner,

  v.

ERIC JACKSON,

   Respondent.

No. CV20-6264-BHS

ORDER TO SEAL DOCUMENT

THE COURT has considered John Booth's motion to file Petitioner's Reply Brief Regarding June 27, 2024 Evidentiary Hearing and exhibit under seal and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Petitioner's Reply Brief Regarding June 27, 2024 Evidentiary Hearing and exhibit be filed under seal.

DONE this 21st day of October 2024.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Alan Zarky*
Staff Attorney, Federal Public Defender Office
Attorney for John Booth

ORDER TO SEAL DOCUMENT
(*Booth v. Jackson*; CV20-6264-BHS.) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710