THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ALLEN BOOTH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ERIC JACKSON,<br><br>　　　　Respondent. | No. CV20-6264-BHS<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL |

Based on the parties' Stipulated Motion to Extend Time to File Notice of Appeal in the above-captioned case, the Court finds that such an extension would serve the ends of justice; therefore,

IT IS ORDERED that the time for filing a Notice of Appeal be extended 30 days, from December 19, 2024 to **January 18, 2025**.

DONE this 17th day of December 2024.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Alan Zarky*
Alan Zarky, Staff Attorney
Federal Public Defender Office
Attorney for John Allen Booth

ORDER GRANTING STIPULATED MOTION
TO EXTEND TIME TO FILE NOTICE OF APPEAL
(*Booth v. Jackson*, CV20-6264 BHS) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**